# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv86

| | |
|---|---|
| LW CONSTRUCTION OF CHARLESTON, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| THE HANOVER INSURANCE COMPANY, ) ) ) ) | |
| Defendant. ) ) | |

Pending before the Court are the Motion to Stay [# 5] and Motion to Stay [# 13]. Defendant The Hanover Insurance Company ("Defendant") and the Receiver for Defendant Southern Mechanical of the Carolinas, Inc. ("Southern Mechanical") both moved to stay this action as to the claims asserted against Defendant Southern Mechanical. On January 23, 2013, Plaintiff filed a stipulation of dismissal dismissing the claims against Defendant Southern Mechanical. As Defendant Southern Mechanical is no longer a party to this action, the Court **DENIES as moot** the Motions to Stay [# 5 & # 13]. The parties are Ordered and directed to confer and file a Certification of Initial Attorney's Conference as provided by LCvR 16.1 on or before February 25. 2013.

Signed: February 4, 2013

Dennis L. Howell
United States Magistrate Judge