THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00086-MR-DLH

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of LW CONSTRUCTION OF CHARLESTON, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE HANOVER INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the parties' Statement of Selection of Mediator [Doc. 38] in which the parties advise that this matter has been completely settled. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: March 30, 2013

Martin Reidinger
United States District Judge